**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CANDICE WILHELM | ) | CASE NO. 1:23-cv-15679 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| LUNO US, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Now come the parties, jointly and through Counsel, and hereby notify the Court of their resolution of this matter. The parties are in the process of documenting the resolution and expect to file the appropriate dismissal papers within 45 days.

Respectfully submitted,

By: /s/ *Michael L. Fradin*
Michael L. Fradin
Michael L Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, Illinois 60076
Telephone: (847) 986-5889
Email: mike@fradinlaw.com

*Counsel for Plaintiff*

By: /s/ *Alan M. Ritchie*
Alan M. Ritchie
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, Illinois 60603
Telephone: (312) 924-1773
Email: aritchie@pilgrimchristakis.com

*Counsel for Defendant*